BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.1:11-cr-00250-LJO |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| TONY HUY HAVENS, | ) | |
| Defendant. | ) | |

   The parties request that the status conference in this case be continued from November 21, 2011 to **December 5, 2011 at 9:00 a.m.**  They stipulate that the time between November 21, 2011 and December 5, 2011 should be excluded from the calculation of time under the Speedy Trial Act.

   In addition, the parties request that the schedule for the filing and briefing of pretrial motions be amended as follows:

| OLD DATE | NEW DATE |
| --- | --- |
| October 21, 2011 | October 31, 2011 |
| November 11, 2011 | November 28, 2011 |

1

The parties request this continuance because counsel for the government will be out of the district on November 21, 2011. Therefore, time may be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) because a failure to continue the hearing would deny the Government continuity of counsel.  The parties further stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, counsel for the defendant needs additional time to determine whether any motions are appropriate for this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: October 17, 2011        By:    /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

DATE: October 17, 2011              /s/ Ann Voris
                                        ANN VORIS
                                        Attorney for Defendant

IT IS SO ORDERED.

**Dated:   October 17, 2011**        **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE