BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br> TONY HUY HAVENS,            )<br>                             )<br>                             )<br>            Defendant.       )<br>_____) | CASE NO.1:11-CR-00250-LJO<br>         1:11-CR-00247-LJO<br><br><br><br>STIPULATION AND<br>ORDER TO EXCLUDE TIME |

    The parties stipulate that the hearing on the defendant's pending Motion to Dismiss in this case may be continued from February 27, 2012, to **March 12, 2012, at 8:30 a.m**.

    In addition, the parties stipulate that the schedule for the filing and briefing of pretrial motions be amended as follows:

    OLD DATE                              NEW DATE

    February 21, 2012                     March 7, 2012

    The reason for this stipulation is that a close family member of counsel for the government suffered a medical emergency

1

on February 3, 2012, and government counsel was away from work on sick leave to care for this person during a significant portion of the period of time given by the court to prepare the government's response to defendant's motion.

They parties further stipulate that the time between February 27, 2012 and March 12, 2012, should be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) [pending pretrial motions] and 18 U.S.C. § 3161 3161(h)(7)(B)(iv) [failure to grant such continuance would deny the government continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.]

The parties respectfully request the court to enter an order in accord with this stipulation.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: February 21, 2012        By:    /s/ Mark J. McKeon
                                       MARK J. McKEON
                                       Assistant U.S. Attorney


DATE: February 21, 2012               /s/ Ann Voris
                                       ANN VORIS
                                       Attorney for Defendant
```

IT IS SO ORDERED.

**Dated:   February 24, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2