1   JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
2   ANN H. MCGLENON, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   TONY HUY HAVENS

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:11-CR-0250 LJO
                                        )
12                    Plaintiff,        )   STIPULATION TO CONTINUE TRIAL DATE;
                                        )    ORDER
13          v.                          )
                                        )   Trial:
14   TONY HUY HAVENS,                   )   Date:  November 5, 2013
                                        )   Time:  8:30 A.M.
15                    Defendant.        )   Judge: Hon. Lawrence J. O'Neill
                                        )
16   _____)

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19   attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the

20   jury trial now set for April 9, 2013, **may be continued to November 5, 2013 at 8:30 A.M.**

21          This continuance is requested by counsel for Defendant because Defendant has been in custody in

22   Modesto since August 2012 and is currently in trial for that case. We do not have the access we need to

23   proceed with the trial.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for effective defense

3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

4

5                                              BENJAMIN WAGNER
                                               United States Attorney

6

DATED:  February 4, 2013              By:      /s/ Mark McKeon
7                                              MARK MCKEON
                                               Assistant United States Attorney
8                                              Attorney for Plaintiff

9
                                               JOSEPH SCHLESINGER
10                                             Acting Federal Defender

11

DATED:  February 4, 2013              By:      /s/  Ann H. McGlenon
12                                             ANN H. MCGLENON
                                               Assistant Federal Defender
13                                             Attorney for Defendant
                                               Tony Huy Havens
14

15

16

17                                **O R D E R**

18
 Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).
19

20

21

22

23

24
IT IS SO ORDERED.
25
**Dated:   February 5, 2013        /s/  Lawrence J. O'Neill**
26                                       UNITED STATES DISTRICT JUDGE

27

28