1  Douglas C. Foster CSBN# 205674
   LAW OFFICES OF DOUGLAS C. FOSTER
2  2014 Tulare Street, Suite 300
   Fresno, CA  93720
3  (559) 441-0114

4  Attorney for Defendant
   Tony Havens

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-0250-LJO |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DENYING SUBSTITUTION OF ATTORNEY** |
| TONY HUY HAVENS | |
| Defendant. | |

Notice is hereby given that, subject to approval by the court and based on the declarations attached hereto, <u>TONY HAVENS</u> substitutes <u>DOUGLAS C. FOSTER</u>, State Bar No. <u>205674</u> as counsel of record in place of <u>ANN H. McGLENON – ASSISTANT FEDERAL DEFENDER</u>.

Contact information for new counsel is as follows:

    DOUGLAS C. FOSTER, CSBN: 205674
    LAW OFFICES OF DOUGLAS C. FOSTER
    2014 Tulare Street, Suite 300
    Fresno, CA 93721
    Telephone:   (559) 441-0114
    Facsimile:   (559) 441-0890
    E-mail:      <u>dougcfoster.esq@gmail.com</u>

1  I consent to the above substitution.

2  Date: _____
3                                                  Tony Huy Havens

4

5  I consent to the above substitution.

6  Date: _____
7                                                  Ann H. McGlenon
                                                Assistant Federal Defender
8

9
10  I consent to the above substitution.

11  Date: _____
                                                Douglas C. Foster
12

13

14  The Substitution of attorney is DENIED, since the substitution has with it a request to

15  Continue the trial.   Trials are not continued because of a desire to substitute counsel.
IT IS SO ORDERED.
16
    Dated:   **May 6, 2014**                     **/s/ Lawrence J. O'Neill**
17                                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25