HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TONY HUY HAVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00250 LJO |
| Plaintiff, | ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) |
| vs. | |
| TONY HUY HAVENS, | Judge:  Hon. Lawrence J. O'Neill |
| Defendant. | |

The Defendant's *Ex Parte* Application for Subpoena Duces Tecum **IS HEREBY GRANTED** authorizing issuance of subpoenas *duces tecum* for production of items before trial pursuant to Rule 17(c), for the Bureau of Real Estate Appraisers, for production of the following records:

1) Any notes, reports, documentation, and personnel file materials, relating to appraisers Teresa Lambert and Annette Glover from the date of their original commission.
2) Rules relating to qualifications, employment, and affiliations of appraisers.
3) Rule changes applying to appraisers between 2005 and 2010, including testing, certification, registration, employment, and affiliation.

IT IS SO ORDERED.

Dated:   **May 7, 2014**                        /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE