HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
JANET BATEMAN, #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
TONY HUY HAVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-cr-250 LJO |
| Plaintiff, | STIPULATION TO CONTINUE JURY TRIAL AND ORDER THEREON |
| vs. | Trial Date: November 17, 2015 |
| TONY HUY HAVENS, | Time:        8:30 a.m. |
|  | Judge:       Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their attorneys of record herein that a new trial schedule be set in the above-referenced matter as follows: the jury trial now set for October 14, 2015, **may be continued to November 17, 2015 at 8:30 a.m.**

This continuance is requested by counsel because defense counsel will be out of state from the end of September through mid-October for a family wedding.  This will allow for adequate preparation, investigation, and negotiation.

Both parties would also like to have additional time to discuss possible resolution before completing extensive preparation.  This would conserve resources if a resolution is reached.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective trial preparation pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: July 7, 2015          /s/ *Mark McKeon*
MARK MCKEON
MIA A. GIACOMAZZI
Assistant United States Attorneys
Attorney for Plaintiff


HEATHER E. WILIAMS
Federal Defender

Dated: July 7, 2015           /s/ *Ann H. McGlenon*
ANN H. MCGLENON
JANET BATEMAN
Assistant Federal Defenders
Attorney for Defendant
TONY HUY HAVENS


**ORDER**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), (iv) and (8).


IT IS SO ORDERED.

Dated:   **July 7, 2015**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Havens: Stipulation to Continue
Trial Date; Proposed Order

2