HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
JANET BATEMAN, #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
TONY HUY HAVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>*Plaintiff,*  )<br>  )<br>vs.  )<br>  )<br>TONY HUY HAVENS,  )<br>  )<br>*Defendant.*  )<br>  )<br>_____  ) | Case Nos.  1:10-cr-000247- LJO-SKO, 1:11-cr-00250-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Trial Date: March 14, 2016<br>Time:       9:30 a.m.<br>Judge:      Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, MARK J. MCKEON, Assistant United States Attorney, counsel for plaintiff, and ANN H. MCGLENON, Assistant Federal Defender, counsel for defendant, TONY HUY HAVENS, that the sentencing hearing currently set for January 11, 2016, **may be continued to March 14, 2016**.

The requested continuance is to accommodate Mr. Havens and his counsel to meet and confer regarding sentencing issues and to permit his completion of personal business before sentencing.

//

//

//

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: December 29, 2015 | /s/ *Mark McKeon*<br>MARK MCKEON<br>MIA A. GIACOMAZZI<br>Assistant United States Attorneys<br>Attorneys for Plaintiff |
|  | HEATHER E. WILIAMS<br>Federal Defender |
| Dated: December 29, 2015 | /s/ *Ann H. McGlenon*<br>ANN H. MCGLENON<br>JANET BATEMAN<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>TONY HUY HAVENS |

**ORDER**

The sentencing hearings as to the above named defendant currently set for January 11, 2016, **are continued to March 14, 2016, at 9:30am** in Courtroom 4 before District Judge Lawrence J. O'Neill. This is a lengthy continuance. Defendant should expect to go into custody the day of sentencing. No further continuances will be entertained.

IT IS SO ORDERED.

   Dated:   **December 29, 2015**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2